IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES PAUL DAHL**                                                                                    **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION: 1:16cv82-RHW**

**MARSHALL FISHER,** *et al.*                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is dismissed.

**SO ORDERED**, this the 16th day of December, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE